# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS JOHNSON & PATRICIA A. JOHNSON  
4418 TALLWOOD AVENUE  
ROCKFORD, IL 61114  
SSN-xxx-xx-9730 & xxx-xx-7289  

Case Number: 05-75951

Case filed on: 10/10/2005  
Plan Confirmed on: 12/16/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $51,860.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 37,972.84 | 0.00 |
| 003 | U.S. DEPARTMENT OF HUD | 0.00 | 0.00 | 4,931.05 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 42,903.89 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 368.73 | 368.73 | 0.00 | 0.00 |
|  | Total Priority | 368.73 | 368.73 | 0.00 | 0.00 |
| 998 | THOMAS JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 2,348.22 | 2,348.22 | 2,348.22 | 0.00 |
| 004 | ILLINOIS TITLE LOANS, INC | 3,135.46 | 2,570.00 | 0.00 | 281.64 |
| 005 | NUVELL CREDIT COMPANY LLC | 6,950.00 | 6,950.00 | 0.00 | 763.44 |
| 016 | ILLINOIS DEPARTMENT OF REVENUE | 1,301.03 | 1,022.91 | 0.00 | 112.30 |
| 021 | HOMEQ | 153.44 | 153.44 | 0.00 | 0.00 |
|  | Total Secured | 13,888.15 | 13,044.57 | 2,348.22 | 1,157.38 |
| 004 | ILLINOIS TITLE LOANS, INC | 0.00 | 56.55 | 0.00 | 0.00 |
| 005 | NUVELL CREDIT COMPANY LLC | 3,032.07 | 303.21 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 12.61 | 1.26 | 0.00 | 0.00 |
| 007 | ADVANCE AMERICA BANKRUTPCY DEPT | 1,033.00 | 103.30 | 0.00 | 0.00 |
| 008 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | WORLD FINANCIAL NETWORK NATIONAL BANK | 242.58 | 24.26 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 1,408.11 | 140.81 | 0.00 | 0.00 |
| 011 | CARD SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHECK INTO CASH OF IL | 432.00 | 43.20 | 0.00 | 0.00 |
| 014 | CHECK'N GO OF ILLINOIS INC | 1,068.00 | 106.80 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 607.22 | 60.72 | 0.00 | 0.00 |
| 016 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 27.81 | 0.00 | 0.00 |
| 017 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RESURGENCE FINANCIAL LLC | 6,030.53 | 603.05 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 9,176.77 | 917.68 | 0.00 | 0.00 |
|  | Total Unsecured | 23,042.89 | 2,388.65 | 0.00 | 0.00 |
|  | Grand Total: | 39,499.77 | 18,001.95 | 47,452.11 | 1,157.38 |

Total Paid Claimant:     $48,609.49  
Trustee Allowance:       $3,250.51  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                By  /s/Heather M. Fagan